1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12
13

AMBER MERRIE BRAY,                          CV F   01 6517 REC SMS P

14

            Plaintiff,

15

       v.                                   ORDER GRANTING REQUEST FOR AN
                                            EXTENSION OF TIME TO FILE PRETRIAL
                                            STATEMENT (Doc.  65.)

16
17

HOLLEY,

18

            Defendants.
                                         /

19
20

       Amber Merrie Bray  ("Plaintiff") is a state prisoner proceeding pro se and in forma

pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

21
22

       On April 14, 2005, this Court issued an Amended Second Scheduling Order setting a

Telephonic Trial Confirmation Hearing for September 20, 2005, at 9:30 a.m. before the

23
24

undersigned and trial for November 15, 2005, at 9:00 a.m. before District Court Judge Coyle.

Plaintiff filed a timely pretrial statement on May 16, 2005.  Defendant's deadline for filing a

25
26

pretrial statement was June 17, 2005.  However, on June 13, 2005, Defendants moved for an

extension of time to submit

27

//

28

1   the pretrial statement.  Defendant's Counsel states that more time is needed due to his being in a

2   car accident and having undergone a subsequent surgery.  Good cause having been shown, the

3   Court HEREBY ORDERS:

4         1.      Defendants request for an extension of time is GRANTED.  Defendant's pretrial

5                 statement is due no later than July 22, 2005.

6

7   IT IS SO ORDERED.

8   **Dated:    June 21, 2005**                    **/s/ Sandra M. Snyder**
    icido3                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28