# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MERRIE BRAY,<br><br>         Plaintiff,<br><br>    v.<br><br>HOLLEY, R.N.,<br><br>         Defendants.<br>_____/ | CV F   01 6517 REC SMS P<br><br>ORDER FOLLOWING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ATTENDANCE OF INCARCERATED WITNESSES (Doc. 62.) |

   Amber Merrie Bray ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiffs Amended Complaint filed on October 2, 2002, against Defendant Sharon S. Holley for an Eighth Amendment medical claim. The case is currently set for trial before the Honorable Robert E. Coyle on November 15, 2005, 9:00 a.m.[1]

   On September 20, 2005, this Court held a Telephonic Trial Confirmation Hearing. At this hearing, the Court discussed with the parties the Motion for the Attendance of Incarcerated Witnesses filed by Plaintiff on May 17, 2005. (Court. Doc. 62.) The Court held that it would allow the attendance of Sarah Mitchell, Plaintiff's cellmate, and Brandita Taliano, as a potential rebuttal witness. The Court also informed Plaintiff that it had received the funds tendered for the attendance of three Correctional Employees and that subpoenas for their attendance along

---

[1] Although the parties were informed during the Telephonic Trial Confirmation Hearing that Judge Coyle would likely not be handling the trial, until an order transferring the case to another District Judge issues, all Orders of the Court will reflect the trial date currently set by the Court.

with the money orders would issue.

In addition the Court GRANTS Plaintiff's request for subpoenas for Tom Bray and Marianthi King.

Accordingly, based on the above, the Court HEREBY ORDERS:

1. The Motion for Attendance of Incarcerated Witnesses is GRANTED IN PART to the extent that Ms. Sarah Mitchell and Ms. Brandita Taliano will be subpoenaed to testify on behalf of Plaintiff;

2. The Motion for Attendance of Incarcerated Witnesses is DENIED in part with regard to the attendance of Ms. Yvette Abero, Crystal Furness, Anamaria Gonzales-Lemus, and Julia Olivas.

3. The Clerk of Court is DIRECTED to complete a subpoena for Tom Bray and Marianthi King, using the information provided by Plaintiff in her Amended Request for Two Blank Subpoenas. (Doc. 73.) An order directing service will issue separately.

IT IS SO ORDERED.

**Dated:   September 20, 2005**          /s/ Sandra M. Snyder
icido3                                            UNITED STATES MAGISTRATE JUDGE