# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MERRIE BRAY, | CV F   01 6517 REC SMS P |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO RETURN MONEY ORDER TO COURT FOR RE-SERVICE OF SUBPOENA FOR MTA SADSAD OR INFORM COURT OF INTENT TO ABANDON SERVICE OF SUBPOENA |
| HOLLEY, | |
| Defendants. | |

Amber Merrie Bray ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 21, 2005, this Court issued an Order directing the United States Marshal to serve subpoenas on Correctional Officer Lt. S.L. Kent, Correctional Officer R. Overstreet and Medical Technical Assistant SadSad along with the money orders made payable to these witnesses for expenses.

On October 24, 2005, the U.S. Marshal returned the summons as executed with respect to Correctional Officers Overstreet and Kent.  However, the subpoena for MTA SadSad was returned unexecuted.  The return of service indicated that MTA SadSad had retired and left no

forwarding address.  The return also indicated what measures were taken by the U.S. Marshal to locate and serve MTA SadSad and that the money order was returned to Plaintiff.  In reviewing the efforts made by the U.S. Marshal, the Court finds that there may be other avenues to locating MTA SadSad that could have been explored by the U.S. Marshal.  However, the Court cannot reissue the subpoena without the money order covering the witnesses expenses.  Accordingly, the Court HEREBY ORDERS:

    1. Should Plaintiff wish the Court to attempt re-service of the subpoena on MTA SadSad, Plaintiff MUST return the money order covering the witnesses fees of $69.97 to the Court within TEN (10) days of the date of service of this Order.[1] Plaintiff should also provide the Court with as any information she may have that will aid in locating MTA SadSad including, but not limited to MTA SadSad's first name.  Plaintiff SHALL also ATTACH the money order to a copy of this Order.  The Clerk of Court will then forward the money order and copy of this Court Order to the Pro Se Writ Clerk who will prepare the documentation needed for re-service of the subpoena on MTA SadSad.

    2. In the event Plaintiff does not wish the Court to attempt re-service of the subpoena, Plaintiff need only inform the Court of her intent to abandon service of the subpoena within the TEN (10) DAYS allotted above.

IT IS SO ORDERED.

**Dated:   October 28, 2005**              /s/ Sandra M. Snyder
b6edp0                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes that this time frame is somewhat limited.  However, because the case is set for trial on November 15, 2005, Plaintiff should provide the money order and information to the Court without haste.