# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MERRIE BRAY, | CV F   01 6517 REC SMS P |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | ORDER VACATING WRITS AD TESTIFICANDUM |
| HOLLEY, | ORDER DIRECTING CLERK TO SERVE COURTESY COPY |
| Defendants. | |

Due to a trial that is currently in session and will not be completed by November 15, 2005, the trial date in this matter which is set November 15, 2005, is continued to January 18, 2006, at 9:00 a.m.  The due date for filing proposed voir dire, jury instructions, etc., is continued to January 13, 2006.

Due to the continuance, the orders and writs to transport plaintiff Amber Merrie Bray, CDC #W-75141 and witnesses Sara Mitchell, CDC #W-88888, and Brandita Taliano, CDC #W-68729, are hereby VACATED and will be re-issued and served at a later date.

The subpoenas served on the following witnesses will also be re-issued and served at a later date:

1   Marianthi King;

2   Tom Bray;

3   Lt. Kent;

4   Lt. Overstreet; and

5   Ramon B. SadSad.

6   The Clerk of Court is DIRECTED to serve a courtesy copy of this Order on the **Jim Amis, Litigation Coordinator, Central California Women's Facility, P.O. Box 1501, Chowchilla, California 93610-1501**, so as to aid in notifying the above unincarcerated correctional witnesses of the change in the trial date.

Dated: November   8  , 2005            /s/ OLIVER W. WANGER_____
                                        OLIVER W. WANGER, U. S. District Judge