IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MERRIE BRAY,<br><br>  Plaintiff,<br><br>  vs.<br><br>S. HOLLEY, R.N.,<br><br>  Defendants.<br>_____/ | 1:01-CV-6517 OWW SMS P<br><br><u>ORDER DIRECTING SERVICE OF</u><br><u>SUBPOENAS BY THE UNITED</u><br><u>STATES MARSHAL WITHOUT</u><br><u>PREPAYMENT OF COSTS</u> |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. The court previously ordered plaintiff to provide money orders payable for each witness in the amount of $69.97 as required for payment of witness fees and mileage. Plaintiff has submitted the required papers. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1)    Two completed and issued subpoenas to be served on:

           CORRECTIONAL LIEUTENANT S. L. KENT;

           CORRECTIONAL OFFICER R. OVERSTREET;

    (2)    Two completed USM-285 forms;

    (3)    One copy of this order for each of the above-named witness, plus an extra copy for the Marshal.

**PLEASE NOTE**:   Money orders were previously served on these witnesses on October 6, 2005, therefore, the fees paid previously are in effect for this service.   Money orders are identified herein for clarification as follows:

a) To C/O Overstreet, #47165103744 in the amount of $69.97;

b) To Lt. Kent, #47165103755 in the amount of $69.97.

2. Within **TWENTY (20)** days from the date of this order, the United States Marshal is directed to serve the subpoenas on each of the above-named witnesses in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The U.S. Marshal is directed to retain the subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon each of the above-named witnesses pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

**Dated:**   **January 12, 2006**           /s/ Sandra M. Snyder
b6edp0                               UNITED STATES MAGISTRATE JUDGE