IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MERRIE BRAY,<br><br>Plaintiff,<br><br>vs.<br><br>S. HOLLEY, R.N.,<br><br>Defendants.<br>_____/ | 1:01-CV-6517 OWW SMS P<br><br>ORDER DIRECTING SERVICE OF SUBPOENA(S) BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously ordered plaintiff to provide information for service of process on form USM-285, and a completed subpoena for each witness being commanded to appear.  Plaintiff has submitted the required information.  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) Two completed and issued subpoenas to be served on:

        TOM BRAY;

        MARIANTHI KING;

    (2) Two completed USM-285 forms;

    (3) One copy of this order for each witness, plus an extra copy for the United States Marshal.

1

2. Within **TWENTY (20)** days from the date of this order, the United States Marshal is directed to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure

3. The U.S. Marshal is directed to retain a subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon witnesses Tom Bray and Marianthi King pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated:   **January 12, 2006**           **/s/ Sandra M. Snyder**
b6edp0                                  UNITED STATES MAGISTRATE JUDGE