```
                                    FILED
                              JUDGMENT ENTERED

                              _____Feb. 9, 2006____
                                        Date
                              by _____G. Lucas_____
                                      Deputy Clerk
                                 U.S. District Court
                             Eastern District of California
                              __XX____  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMBER BRAY,

       Plaintiff,

vs.                                     **JUDGMENT IN A CIVIL ACTION**

                                CV-F-01-6517 OWW/SMS P

S. HOLLEY,

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendant S. Holley, and against the plaintiff, Amber Bray.

DATED:

                                JACK L. WAGNER, Clerk

                              /S/ Greg Lucas
                     By:
                              Deputy Clerk

jgm.civ
2/1/95